

FILED
DEC 19 2024
Clerk, U. S. District Court
~~Eastern District of Tennessee~~
At Chattanooga

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

| | |
|---|---|
| Hannah Fairbanks<br>c/o Patricia Loomac<br><br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Tenncare; Tennessee department of Finance and Administration, Stephen Smith director of Tencare<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. 1-24-cv-394<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*   ☐ Yes   ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Hannah Fairbanks
- Address: 604 Co. Rd 443
  - City: Athens
  - State: TN
  - Zip Code: 37303
- County: McMinn County
- Telephone Number: 423 435 6977
- E-Mail Address: trishwomac@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Tenncare Department of Finance and Administration
- Job or Title (if known):
- Address: 312 Rosa L Parks Ave
  - City: Nashville
  - State: TN
  - Zip Code: 37243
- County: Davidson County
- Telephone Number: 423-615-741-0320
- E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

**Defendant No. 2**
- Name: Stephen Smith
- Job or Title (if known): Director of Tenncare
- Address: 310 Great Circle Road
  - City: Nashville
  - State: TN
  - Zip Code: 37243
- County: Davidson County
- Telephone Number: 855-259-0701
- E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Hannah had been recieving 126h/r wk Private duty Nursing Care in her home since 2018, Prior was Recieving 24/7 Private duty Care, On 9-18-24 Tenncare decided to Terminate the Private duty nursing service and Replace with intermediate home health services, but only with a doctors order.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

On 9/25/24 Blue Care TN Cares MCO wrote a letter Stopping Payment for 126h/r PDN Care in her home Because she was 21, and stated Private duty isn't Covered for anyone 21 or older, Blue Care Offered an alternative Choices group 6 for Hannah. Yet Blue Care / Tenncare has not evaluated Hannah's needs since 2015. This date TEACHS to Document 2 aide 12/19/24 Caregiver assessments only.

Defendant No. 1
  Name: Tenncare Dep. of finance and Adminstration
  Job or Title (if known):
  Street Address: 312 Rosa L Parks Ave
  City and County: Nashville    Davidson County
  State and Zip Code: TN  37243
  Telephone Number: 423-615-741-0320
  E-mail Address (if known):

Defendant No. 2
  Name: Stephen Smith
  Job or Title (if known): Director of Tenncare
  Street Address: 310 Great Circle Road
  City and County: Nashville   Davidson County
  State and Zip Code: TN   37243
  Telephone Number: 855-259-0701
  E-mail Address (if known):

Defendant No. 3
  Name: N/A
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: N/A
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ADA Title II
Section 504 of Rehabilation Act / Failure to allow due Process

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Hannah's own Primary Care Provider Recomended Private duty Nursing, Because the Proposed Intermediate care 27 hours 8 hours 3 days week, Recomended by Bluecare, Cannot facilitate the needs she has, Blue Care Could not get her PCP, to sign an order for the lesser approved Services that they Recomended, not only did Bluecare Tenncare cut her care they also initated Aps, because Hannah's doctor didnt sign an order for the lesser care, which could only be Provided with a doctors order and there was only an order for 12 6h/r PDN which was Previously Approved from 9-2-24 – 10-31-24.

IV. **Irreparable Injury**
Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Hannah is totally disabled dependent 100% on others for her Care, there is no logicall way anyone in Hannah's Position could Live on her own, or with help that Choices Offered, Hannah Still Requires A full time Caregiver to stay at home, This isnt Covered under Tenncare, there is no logical Choices Program Even in the home that Hannah Could Participate in, instatutionized Care is the only option Tenncare was willing to Pay for, besides the intermediate care covered for most adults.

V. **Relief**
State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief being Sought here is the Re-enstatement of the 12 6hr Private duty Care ordered by her doctor, An evaluation of Hannah's medical needs need to be done, not a Caregiver assessment, which is All Tenncare has done Since 2015, Common Knowledge states if a person Cannot do something then the Reporter Can report that person was unable to answer, or do things however, Tenncare only uses Refuses to answer, on assessments, which left Hannah without adequate Care, The only option for Hannah is instatunilization, If Tenncare Refuses her Private duty Care, there is no reason why Hannah Cant have accomodations to Remain in her own home, without Paying out of Pocket for Caregivers or services not Provided, furthermore, I appealed

The Private duty, Reduction, And Tenncare refused to allow me due Process, to argue the case under administrative hearing Procedures, They claimed no factual dispute, however Being a Tenncare member Hannah has a right to defend herself when a claim has been denied, fairhearings are a right which in this case was denied, by Tenncare, How would Tenncare ever be held responsible for there actions if there are no policies to ensure the rules of Law are followed, The 126h/r Private duty Care should be re-enstated, as of right now Hannah has zero Services in the home, the Care Recomended by Tenncare doesn't have her doctors opproval, so at the Present time Hannah is Recieving no home Services, and I agree with her doctor, his opinion that the lesser service doesn't benit this Particular member is very clearly stated.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-19-24

Signature of Plaintiff: Patricia Womac c/o Hannah Fairbanks
Printed Name of Plaintiff: Patricia Womac c/o Hannah Fairbanks.

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____